UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 12-cr-20287
HON. MARK A. GOLDSMITH

ALEXANDRA NORWOOD,

    Defendant.

_____/

**ORDER**
**SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE (Dkt. 1228)**

The Court has received Defendant Alexandra Norwood's motion for compassionate release (Dkt. 1228).[1] The Government must file a response to Defendant's motion on or before October 1, 2024. Defendant may file a reply brief in support of his motion on or before October 15, 2024.

SO ORDERED.

Dated: September 4, 2024
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

---

[1] Pages 6–10 are missing from the motion as filed at Dkt. 1228. The missing pages can be found at Dkt. 1229.